JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Mirella Jeffers**, <br><br> Plaintiff, <br><br> v. <br><br> **Barbera Management Corporation and Does 1-10 inclusive,** <br><br> Defendants. | Case No. cv-14-0787 RGK(TSx) <br><br> **Order re: Stipulation for Settlement and Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice with the Court retaining jurisdiction over any disputes relating to the Settlement Agreement. Each party to bear their own attorneys' fees and costs.

Dated: 11/6/14

By: *(signature: Gary Klausner)*
Hon. Robert Gary Klausner
United States District Judge

[Proposed] Order re: Stipulation for Settlement and Dismissal of Action Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii)